UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD HERSHEY,          ) | |
|                            ) | |
|     Plaintiff,    ) | |
| vs.                        ) | Case No. 4:10-cv-01119 DDN |
|                            ) | |
| JUNIOR COLLEGE DISTRICT OF ) | |
| ST. LOUIS- ST. LOUIS COUNTY, et. al., ) | |
|                            ) | |
|     Defendants.   ) | |

**CONSENT MOTION FOR WITHDRAWAL OF**
**ORDER REFERRING CAUSE TO ADR**

COME NOW the parties, by and through their respective undersigned counsel, and move this Honorable Court to withdraw its Order referring this cause to alternate dispute resolution ("ADR") (Doc. No. 26) to allow for the parties to continue their efforts toward resolution:

1. The Case Management Order ("CMO") in this action (Doc. No. 25) was entered on November 25, 2010.

2. This cause was ordered referred to ADR (Doc. No. 26).

3. Following the entry of the CMO and referral to ADR, and to this day, the parties continued to engage in discussions regarding the potential for an out of court resolution to this action.

4. Settlement efforts in this cause have progressed to a point where the parties in good faith believe that ADR has become unnecessary to the resolution of this matter.

5. In an effort to further facilitate such discussions, the parties have agreed to a suspension or withdrawal of this Court's order referring cause to ADR.

6. The parties believe that the proposed withdrawal would best serve the interests of the parties and the administration of justice.

WHEREFORE the parties pray that this Court withdraw its order referring case to alternate dispute resolution, and for such other relief this Court deems just and proper.

Respectfully Submitted this 1st day of August 2011,

BY CONSENT:

THE BRICKHOUSE LAW GROUP, PC

By:   /s/   *Geoffrey G. Gerber*
GEOFFREY G. GERBER
1006 Olive Street, Ste. 303
Saint Louis, MO 63101-2048
(314)932-1077
ggerber@brickhouselaw.com
*Attorneys for Plaintiff*

KING, KREHBIEL, HELLMICH,
& BORBONUS, LLC

By:   /s/  *Blake D. Hill*
BLAKE D. HILL #58926MO
2000 South Hanley Road
St. Louis, MO  63144-1524
e-mail: bhill@kkhhb.com
Phone:  (314) 646-1110
FAX:   (314) 646-1122
*Attorneys for Defendant*